GEORGE A. GAST, Respondent, v. RAYFORD W. ALLEY, Appellant.— Judgment affirmed, with .costs. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents.

KATHLEEN GILRANE, an Infant, by KATHLEEN GILRANE, Her Guardian ad Litem, Appellant, v. HARRY CHRISTINE, Defendant, and KOHLER & CAMPBELL, INC., Respondent.— Judgment reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. The plaintiff's evidence presented, *prima facie*, a question of fact, which should have been submitted to the jury, as to whether or not the respondent was negligent in continuing in its employment and permitting on its premises a person of reckless and mischievous disposition. (*Hall* v. *Smathers*, 240 N. Y. 486–489; *Swinarton* v. *Le Boutillier*, 7 Misc. 639; affd., 148 N. Y. 752.) Lazansky, P. J., Rich, Hagarty and Carswell, JJ., concur; Kapper, J., dissents and votes to affirm.

SIDNEY GONDELMAN, Appellant, v. EDGAR B. BERNHARD and Others, Copartners, Trading under the Firm Name and Style of COLVIN & CO., Respondents.— Judgment affirmed, with costs. No opinion. Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a new trial, being of opinion that there are questions of fact which should have been submitted to the jury.

ANNA GUGLIELMO, as Administratrix, etc., of MICHAEL GUGLIELMO, Deceased, Appellant, v. CHURCH ENGINEERING CORPORATION, Respondent, Impleaded with VINROSS REALTIES, INC., and Others, Defendants.— Order granting motion of defendant Church Engineering Corporation to set aside the verdict and grant a new trial affirmed, with costs to abide the event. No opinion. Lazansky, P. J., Young and Scudder, JJ., concur; Rich and Tompkins, JJ., dissent and vote to reinstate the verdict .

FREDERICK H. HURDMAN and JAMES H. MORAN, as Administrators, etc., of MARY MORAN, Late of the City of White Plains, N. Y., Deceased, Respondents, v. ROYAL DEVELOPMENT COMPANY, INC., a New York Corporation, Having an Office in the City of White Plains, N. Y., Appellant.— Judgment affirmed, with costs. (*Graf* v. *Hope Building Corp.*, 254 N. Y. 1.) Lazansky, P. J., Rich, Young and Carswell, JJ., concur; Scudder, J., dissents and votes to reverse upon the ground that the conduct of the plaintiffs does not seem to be consistent with good conscience.